F. S. DONAHUE, SANTO & CO., F. STEVEN DONAHUE, AN-
DREW RISSO, GREGORY A. YACULLO AND RAYMOND
G. SEAKEN, PLAINTIFF-RESPONDENTS, v. GEORGE F.
KUGLER, JR., ATTORNEY GENERAL FOR THE STATE
OF NEW JERSEY, JOSEPH F. KRUPSKY, CHIEF OF
THE NEW JERSEY BUREAU OF SECURITIES, THE NEW
JERSEY BUREAU OF SECURITIES, AND STEPHEN G.
WEISS, SPECIAL CHIEF OF THE NEW JERSEY BUREAU
OF SECURITIES, DEFENDANTS-APPELLANTS.

Argued September 26, 1972—Decided September 26, 1972.

*Mr. Stephen Skillman,* Assistant Attorney General, argued
the cause for defendants-appellants (*Mr. George F. Kugler,
Jr.,* Attorney General of New Jersey, attorney; *Mr. Stephen
Skillman,* Assistant Attorney General, of counsel; *Mr.
Charles R. Parker,* Deputy Attorney General, on the brief).

*Mr. Donald A. Robinson,* argued the cause for plaintiffs-
respondents (*Messrs. Robinson, Wayne & Greenberg,* at-
torneys; *Messrs. Donald A. Robinson* and *Nicholas L. Ribis,*
on the brief).

PER CURIAM. A petition for certification having been sub-
mitted to this Court, and the Court having considered the
same,

It is hereupon Ordered that the petition for certification is
granted (62 *N. J.* 80), the decision of the Appellate Division
is reversed and the matter is to proceed promptly before the
designated hearing officer.

*For reversal*—Chief Justice WEINTRAUB and Justices
JACOBS, PROCTOR, HALL and MOUNTAIN and Judge SUL-
LIVAN—6.

*Opposed*—None.